UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:22cr568 |
| Plaintiff, | ) ) | Judge Pamela A. Barker |
| vs. | ) ) ) | REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| JAMES K. CLANCY, JR., | ) ) | |
| Defendant. | ) ) | Magistrate Judge James E. Grimes Jr. |

Under General Order 99-49, this matter was referred to me for the purpose of receiving, after consent, the Defendant's plea of guilty. The following, along with the transcript or other record of the proceedings submitted with this document, constitutes the Report and Recommendation concerning the Defendant's plea of guilty:

1. On January 23, 2023 the Defendant, accompanied by counsel, proffered a plea of guilty;

2. The Defendant was examined as to his competency to participate in a plea proceeding and was found to be competent;

3. The Defendant acknowledged understanding the nature of the charges contained in the information and the maximum possible sentence for those charges;

4. The Defendant was advised of his rights to plead not guilty, to trial, to representation by counsel, including appointed counsel, at all stages of the proceedings, to confront and cross-examine adverse witnesses, to present witnesses and to compel their presence, to stand upon or waive the privilege against self-incrimination; and acknowledged understanding that if a plea of guilty was accepted each of those rights would be waived;

5. The Defendant was advised that the government would have the right, in a prosecution for perjury, to use any statement he makes under oath;

6. The parties provided sufficient information about the charged offenses and the Defendant's conduct to establish a factual basis for the plea; and,

7. I questioned the Defendant under oath about the knowing, intelligent, and voluntary nature of his guilty plea, and find that the Defendant's plea was offered knowingly, intelligently, and voluntarily.

Given the above and the record submitted with this document, all requirements imposed by the United States Constitution and Federal Rule of Criminal Procedure 11 have been satisfied. I therefore recommend that the Court accept the plea of guilty and enter a finding of guilty.

          *s/James E. Grimes Jr.*
          James E. Grimes Jr.
          United States Magistrate Judge

Date: January 23, 2023

*ANY OBJECTIONS* to this Report and Recommendation must be filed with the Clerk of Court within 14 days after being served with a copy of this Report and Recommendation. Failure to file objections within the specified time may forfeit the right to appeal the District Court's order. *See Berkshire v. Beauvais*, 928 F.3d 520, 530-531 (6th Cir. 2019).